UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 16-12402-RGS

AARON HERNANDEZ

v.

SECURUS TECHNOLOGIES, INC.

ORDER ON MOTION FOR
TEMPORARY RESTRAINING ORDER

December 1, 2016

STEARNS, D.J.

Defendant Securus Technologies, Inc. (Securus) is ordered to take all necessary steps to ensure that it, together with its employees and agents, refrain from discarding, destroying, erasing, overwriting, purging, deleting or manipulating any data in its custody or to which it has access, in an electronic form or otherwise, as it relates to the following:

1. The security breach of Securus's electronic database that occurred the summer of 2014 and resulted in Plaintiff Aaron Hernandez's phone recordings being accessed by an unauthorized party, including but not limited to, how the breach occurred, what was accessed during the breach, the identity of the party who accessed information, additional parties to

whom Hernandez's phone recordings were provided, the telephone recordings of every nature and description involving Hernandez maintained by Securus, and any records of such recordings;

2. Any and all communications, in electronic forth or otherwise, between Securus, Suffolk County Sheriff's Department and/or other parties regarding the security breach; and

3. Any and all records, investigations and/or findings made by Securus, made on Securus's behalf, or made by third parties concerning the security breach.

Defendant Securus will have until December 12, 2016, to submit any objections to the entry of a preliminary injunction directed to the same subject matter.

This Order shall remain in effect until further order of the Court.

                        SO ORDERED.

                        /s/ Richard G. Stearns_____
                        UNITED STATES DISTRICT JUDGE