UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON HERNANDEZ,

Plaintiff,

v.

SECURUS TECHNOLOGIES, INC.,

Defendant.

C.A. No. 16-12402-RGS

## STIPULATED ORDER FOR PRELIMINARY INJUNCTION

Securus Technologies, Inc. ("Securus") shall retain and preserve any and all of the items enumerated below ("Material") obtained during the period Plaintiff was incarcerated in Suffolk County Jail or Bristol County Jail from June 26, 2013, to the present during any period that Securus provided services utilized by the Plaintiff.

Material that is in Securus's possession, custody, or control: The scope of "control" includes but is not limited to Securus, its employees, executives, agents, counsel, experts, subcontractors, vendors, third-party contractors and any other individual or entity in possession of any information or data that is the subject of this Order. Securus shall provide a copy of this Stipulated Order to its employees, executives, agents, counsel, experts, subcontractors, vendors, third-party contractors and any other individual or entity in possession of any such Materials.

Defendant shall retain and preserve the following Material:

1. All call recordings and call records related to Aaron Hernandez.

2. All documents regarding any Authorized or Unauthorized Access of Aaron Hernandez's, calls, records and data including, without limitation:

   a. How any Authorized or Unauthorized Access occurred;

   b. Calls, records and data accessed during any Authorized or Unauthorized Access;

   c. The identities of the parties accessing calls, records and data; and

   d. The identities of any additional persons or entities to whom calls, records or data was provided; and

1

    e. The identities of any and all persons or entities notified of any Unauthorized Access; and

    f. Any and all calls to or from any person or entity including but not limited Securus regarding any Authorized or Unauthorized Access; and

    g. Any and all subpoenas requesting call recordings or call records related to Aaron Hernandez.

3. All call recordings and call records made of Aaron Hernandez calls and communications.

4. Service provided by Securus, including, without limitation, HEAT tickets, maintenance logs, and audit trails.

5. Internal and external communications regarding any Authorized or Unauthorized Access of Aaron Hernandez calls, records, and data.

6. All documents and communications between Securus and any party including, without limitation, any Bristol County, MA or Suffolk County, MA, or political subdivision thereof, or any employee or agent of the Commonwealth of MA, or any political subdivision thereof, regarding any of Aaron Hernandez's calls, records or data whether Authorized or Unauthorized.

7. Any reports, records, investigations, or findings prepared by Securus or on its behalf regarding any Authorized or Unauthorized Access of Aaron Hernandez's calls, records or data.

8. Any reports, records, investigations, or findings obtained by Securus from any party regarding any Authorized or Unauthorized Access of Aaron Hernandez's calls, records or data.

This Stipulated Order covers both hard copy calls, records, data, documents and Material and Electronically Stored Information ("ESI"). ESI includes e-mails, spreadsheets, databases, calendars, Internet usage records, word processing documents, and voicemails. Electronic documents should be preserved such that they can be produced in native format. Securus must retain these materials however they are stored. Storage forms may include databases, tapes, servers, computer systems, discs, cartridges, archives, disaster recovery systems, "deleted" and "sent" computer and email files, and other storage media. Covered devices includes but not limited to desktop computers, laptop computers, mobile devices such as IPads and tablets, personal digital assistants, mobile phones including smartphones, and paging devices. These devices are covered whether owned or leased by Securus, including for personal use.

By the Court,

Dated: 12-6-16.

*Richard G. Stearns*
RICHARD G. STEARNS, J.
UNITED STATES DISTRICT COURT